

SIGMUND S. WISSNER-GROSS
direct dial: (212) 209-4930
fax: (212) 938-2804
swissnergross@brownrudnick.com

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

February 1, 2016

**VIA ECF & E-MAIL**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

RE:   **In re Lyondell Chemical Co. (Diane Currier, Executor and Legal Representative of the Estate of Richard Floor (Deceased) v. Edward S. Weisfelner, as Litigation Trustee of the LB Litigation Trust) (Case. No. 16-Civ-00737)**

Dear Judge Nathan:



We represent Appellee Edward S. Weisfelner, as Litigation Trustee of the LB Litigation Trust (the "**Trustee**"), in the above-referenced action. Enclosed for the Court's consideration is a stipulation extending the time for the Trustee to serve and file an opposition to Appellant Diane Currier's Motion for Leave to Appeal [Dkt. No. 3.] from February 2, 2016 to February 9, 2016.

With regard to Rule 4.E of Your Honor's Individual Practices in Civil Cases, we note that the docket for the above-referenced bankruptcy appeal was not opened (and the presiding judge not announced) until today, precluding the submission of the stipulation to Your Honor in advance of today.

Respectfully submitted,

Sigmund S. Wissner-Gross/kmf

Sigmund S. Wissner-Gross

Encl.

cc:   All Counsel (via ECF)