UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------X
:
In re LYONDELL CHEMICAL :
COMPANY, *et al.*, :
:
    Debtors. :
:
------------------------------X
:
:
DIANE CURRIER, EXECUTOR AND : 16 Civ. 00737 (AJN)
LEGAL REPRESENTATIVE OF THE :
ESTATE OF RICHARD FLOOR (deceased), :
:
    Appellant, :
:
    -v- :
:
EDWARD S. WEISFELNER, AS :
LITIGATION TRUSTEE OF THE LB :
LITIGATION TRUST. :
:
    Appellee. :
:
------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 02 2016

## STIPULATION FOR EXTENSION OF TIME FOR FILING AN OPPOSITION TO DIANE CURRIER'S MOTION FOR LEAVE TO APPEAL

WHEREAS, on January 4, 2016, the Bankruptcy Court (Gerber, J.) rendered its *Decision and Order on the Trustee's Motion to Amend the Caption, and Motion of Diane Currier, As Executor of the Estate of Richard Floor (Deceased), to Dismiss* (the "Decision and Order"); and

WHEREAS, on January 19, 2016, Diane Currier filed a motion seeking leave for an interlocutory appeal with respect to the Decision and Order (the "Motion for Leave").

NOW THEREFORE, the undersigned parties agree as follows:

1

1.       The deadline for Edward S. Weisfelner, as Litigation Trustee of the LB Litigation Trust, to serve and file any opposition to the Motion for Leave is extended to and including February 9, 2016.

| By: /s/ *signature* | By: /s/ *signature* |
|---|---|
| Sigmund S. Wissner-Gross<br>May Orenstein<br>BROWN RUDNICK, LLP<br>Seven Times Square<br>New York, New York 10036<br>Telephone: 212-209-4800<br>*Counsel for Edward S. Weisfelner, as Litigation Trustee of the LB Litigation Trust* | John O. Farley<br>Michael T. Jones (pro hac vice)<br>Jordan D. Weiss<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone: 212.813.8800<br>Facsimile:  212.355.3333<br>*Counsel to Diane Currier (Executor of the Estate of Richard Floor)* |

So ordered this ___ day of February, 2016.

_____
THE HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT COURT JUDGE